```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :    CRIMINAL ACTION
                              :
        v.                    :
                              :
JOHN HAMMES FRITZ             :    NO. 07-629
```

ORDER

AND NOW, this 15th day of October, 2009, upon consideration of defendant's Rule 29 Motion in limine for Judgment of Acquittal and Rule 33 Motion in limine for a New Trial (Docket No. 98), the government's opposition, and the defendant's response thereto, IT IS HEREBY ORDERED, for the reasons stated in a Memorandum of today's date, that said motion is DENIED.

```
                              BY THE COURT:


                              /s/ Mary A. McLaughlin_
                              MARY A. McLAUGHLIN, J.
```