```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN HAMMES FRITZ | : | NO. 07-629 |

<u>ORDER</u>

AND NOW, this 21st day of March, 2014, upon consideration of the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Docket No. 140), the government's opposition, and the defendant's reply thereto, IT IS HEREBY ORDERED that, for the reasons stated in a memorandum of law bearing today's date, the defendant's motion is DENIED without a hearing.  The Court finds that the defendant has failed to make a substantial showing of a denial of any constitutional right and accordingly that a certificate of appealability will be denied.

IT IS FURTHER ORDERED that upon consideration of the defendant's Motion to Appoint Computer Expert (Docket No. 143), the government's opposition thereto, and the defendant's Amended Motion to Appoint Computer Expert (Docket No. 154), for the reasons stated in a memorandum of law bearing today's date, said motions are DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.